

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2020

No. 04-19-00369-CV

**IN THE INTEREST OF N.N.M., A CHILD**

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 17-01-13061-DCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The Department of Family and Protective Services has filed a motion for extension of time to file its appellee's brief. Appellee's motion is GRANTED. Appellee's brief is due on February 5, 2020.

Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of January, 2020.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court